

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF MISSISSIPPI

DAVID CREWS
CLERK

| | |
|---|---|
| 301 West Commerce Street, Suite 232 Post Office Box 704 Aberdeen, MS  39730 Telephone:  (662)  369-4952 Facsimile:  (662) 369-9569 | 911 Jackson Avenue, Suite 369 Oxford, MS  38655 Telephone: (662) 234-1971 Facsimile: (662)) 236-5210  305 Main Street, Suite 329 Post Office Box 190 Greenville, MS  38701 |

September 4, 2013

Clerk of Court
Circuit Court of Panola County, 2nd District
P O Box 346
Batesville MS 38606

      **Re:**    Gloria Holmes vs GGNSC Batesville, LLC et al
      *No.:*  ***3:13-CV-203-GHD-SAA***

Dear Clerk,

    Enclosed for your records please find a certified copy of the Order of Remand to your Court & Docket Entries in the referenced case.

                          Sincerely,

                          DAVID CREWS, CLERK

                          s/T. A. Barr
                          Case Manager